**Order entered July 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01641-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08489**

## ORDER

Before the Court is appellant's July 18, 2013 opposed emergency motion to extend briefing deadline for appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed on or before July 25, 2013. No further extensions will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE